UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL SOLOMON, an individual,

    Plaintiff,

v.

WELLS FARGO BANK, N.A., a national association,

    Defendant.

Case No. 2:25-cv-01068-JLR

**[PROPOSED] ORDER DISMISSING ALL CLAIMS WITH PREJUDICE**

THIS MATTER came before the Court on the Stipulated Motion for Dismissal of All Claims With Prejudice, submitted jointly by plaintiff Michael Solomon and defendant Wells Fargo Bank, N.A.  The Court has considered the Stipulated Motion and all other relevant documents on file in this matter.  Having considered the foregoing, and being fully advised in the premises, the Court GRANTS the parties' Stipulated Motion for Dismissal (Dkt. # 8) and hereby ORDERS that all claims alleged in this action are hereby DISMISSED WITH PREJUDICE and without costs or attorney fees awarded to any party.

DATED this 8th day of August, 2025.

_____
HONORABLE JAMES L. ROBART

ORDER DISMISSING ALL CLAIMS WITH PREJUDICE – 1
2:25-cv-01068-JLR
4919-9032-2769

Snell & Wilmer
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420

*Presented by:*
DATED: August 8, 2025

DATED: August 8, 2025

SNELL & WILMER L.L.P.

 *s/ Michael Solomon (with permission)*
MICHAEL SOLOMON

By: *s/Rachael E. Clark*
 Amit D. Ranade, WSBA #34838
 Rachael E. Clark, WSBA #57277
 600 University Street, Suite 310
 Seattle, WA 98101-3122
 Telephone:  206.741.1420
 Email:   aranade@swlaw.com;
   reclark@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

ORDER DISMISSING ALL CLAIMS WITH PREJUDICE – 2
2:25-cv-01068-JLR
4919-9032-2769

Snell & Wilmer
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420